UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HECTOR JAVIER GIL DESIDERIO,

        Defendant.
_____/

Case No. 2:20-cr-25

Hon. Robert J. Jonker
Chief U.S. District Judge

## ORDER FOR DETENTION

Defendant appeared before the undersigned on November 5, 2020, for an initial appearance and arraignment on an indictment charging him with Reentry of Removed Alien. The Court has been advised that there is an ICE detainer lodged for this Defendant, which would make him ineligible for release on bond. Counsel were advised if there were any updates to Defendant's ICE status, to let the Court know.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:                                      /s/ *Maarten Vermaat*
                                           MAARTEN VERMAAT
                                           U.S. MAGISTRATE JUDGE